**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-2421

BARRY MALLEK,

                Plaintiff - Appellant,

        v.

ALLSTATE LIFE INSURANCE COMPANY,

                Defendant - Appellee,

        and

ALICE MALLEK,

                Third Party Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:11-cv-00031-RLV-DCK)

Submitted: April 30, 2015                Decided: May 19, 2015

Before WILKINSON, MOTZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Barry Mallek, Appellant Pro Se. Jeffrey Phillips Macharg, Heather C. White, SMITH MOORE LEATHERWOOD LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry Mallek appeals the district court's final order and judgment in this diversity action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Mallek v. Allstate Life Ins. Co., No. 5:11-cv-00031-RLV-DCK (W.D.N.C. Dec. 17, 2014; Jan. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED